IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

COURTNEY HONTZ,               :        No. 3:25cv914
          Plaintiff          :
                             :        (Judge Munley)
                             :
                             :
                             :
     v.                      :
                             :
                             :
JOSEPH BEDNARSKI,            :
          Defendant          :

## ORDER

**AND NOW**, to wit, this 5th day of March 2026, for the reasons set forth in a separate memorandum, it is hereby **ORDERED** that:

1) Defendant Joseph Bednarski's motion to dismiss plaintiff's complaint, (Doc. 3), is **GRANTED** as to Plaintiff Courtney Hontz's claims under 42 U.S.C. § 1983;

2) Based on the dismissal of all claims over which the court had original jurisdiction, the court declines to exercise supplemental jurisdiction over plaintiff's state law claims in Count Three and Count Four of the complaint;

3) The state law claims are **REMANDED** to the Luzerne County Court of Common Pleas; and

4) The Clerk of Court is directed to effectuate the remand and close this case in this court.

Date: 3/5/26

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court